HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>vs.<br><br>JAWANA JINNAE NICOLE WASHINGTON,<br><br>   *Defendant,* | Case No. 1:22-mj-00052-BAM<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant, Jawana Jinae Nicole Washington, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. Our office has a conflict.

On April 11, 2022, the government filed a Complaint against Ms. Washington, charging her with being a felon in possession of a firearm and with providing a firearm to a felon; in violation of 18 U.S.C. §§ 922 (g)(1), (d).

Ms. Washington submits the attached Financial Affidavit as evidence of her inability to retain counsel. After reviewing her Financial Affidavit, it is respectfully recommended that CJA panel counsel Roger Wilson be promptly appointed *nunc pro tunc* as of April 15, 2022 to assist in advance of Ms. Washington's arraignment.

DATED: April 19, 2022           */s/ Eric V. Kersten*
                                                           ERIC V. KERSTEN
                                                           Assistant Federal Defender
                                                           Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Roger Wilson *nunc pro tunc* as of April 15, 2022 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**April 19, 2022**__         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE